# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES F. MCKEEVER, | NO. CV 08-0486 ODW (FMO) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

By order dated January 30, 2008, plaintiff was directed to serve promptly the summons and complaint on defendant and file two copies of the proof of service with the court within thirty (30) days of the filing of the court's Order. It appears from the record that plaintiff has failed to complete service as ordered or file the proof of service.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **May 28, 2008**, plaintiff shall show cause why this action should not be dismissed for plaintiff's failure to complete service of the summons and complaint as required by Rule 4(m), Federal Rules of Civil Procedure. **Plaintiff shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury. Failure to file the declaration by the deadline set forth above or to show cause as ordered may result in dismissal of this action for failure to prosecute. Filing of the proof**

/ / /

**of service shall be a satisfactory response to the Order to Show Cause.**

**IT IS SO ORDERED.**

Dated this 30th day of April, 2008.

                                                                                 /s/
                                                  Fernando M. Olguin
                                         United States Magistrate Judge