

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAMES F. MCKEEVER,

Plaintiff,

v.

MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

Defendant.

NO. CV 08-0486 ODW (FMO)

**ORDER TO SHOW CAUSE**

Pursuant to the court's Case Management Order, filed on January 30, 2008 ("Court's Order of January 30, 2008"), the parties' Joint Stipulation was due on or about October 9, 2008. It appears from the record that the Joint Stipulation has not been filed as required by the Court's Order of January 30, 2008.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **December 10, 2008,** plaintiff shall show cause, if any there be, why this action should not be dismissed for plaintiff's failure to prosecute this action. **Plaintiff shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury. In particular, plaintiff's declaration must address why the Joint Stipulation has not been filed, even though it was due more than a month ago. If plaintiff contends that defendant is somehow responsible for the failure to file the Joint Stipulation, plaintiff shall explain why he has not filed a motion for sanctions**

**or otherwise brought defendant's failure to comply with the Court's Order of January 30, 2008, to the attention of the court. Failure to timely file such a declaration or to show cause as ordered will result in dismissal of this action for failure to prosecute.**

**Filing of the Joint Stipulation shall be a satisfactory response to the Order to Show Cause. However, absent exceptional circumstances, no extensions will be granted for the filing of the Joint Stipulation**.

**IT IS SO ORDERED.**

Dated this 21st day of November, 2008.

/s/
Fernando M. Olguin
United States Magistrate Judge