UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES F. MCKEEVER,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>Defendant. | NO. CV 08-0486 DMG (FMO)<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and this matter remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Order Re: Joint Stipulation filed contemporaneously with the filing of this Judgment.

DATED: _April 30_, 2010.

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE